UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



ALVIN J. VICKNAIR, JR.

VERSUS                          CIVIL ACTION

BOBBY JINDAL, ET AL              NO. 08-834-JVP-CN

## RULING

This matter is before the court on a "notice of intent to apply for writs for purposes of appeal" by plaintiff, Alvin J. Vicknair, Jr. (doc. 22). Insofar as this "notice" may be considered a motion for appointment of counsel on appeal,[1] it is hereby **DENIED**.

Baton Rouge, Louisiana, June 3rd, 2009.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] See doc. 22, § 13.